# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HOWARD KENNETH SHAPIRO, | : No. 107 MM 2015 |
| Petitioner | : |
| v. | : |
| DALE M. LOMBARDI, SYLVANLABS, L.L.C., SECANT PHARMA, L.L.C. AND ENTERON THERAPEUTICS, L.L.C., | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.